**Stephen STACKHOUSE, Appellant**

v.

**John KRAVICH, Public Defender, Montgomery County.**

No. 06–3956.

United States Court of Appeals, Third Circuit.

Submitted for Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) March 22, 2007.

Filed: April 18, 2007.

Stephen Stackhouse, Pottstown, PA, pro se.

Philip W. Newcomer, Montgomery County Solicitor's Office, Norristown, PA, for Appellee.

Before: McKEE, FUENTES and WEIS, Circuit Judges.

OPINION

PER CURIAM.

Appellant, Stephen Stackhouse, proceeding *pro se* and *in forma pauperis,* filed a complaint asserting a claim under 42 U.S.C. § 1983 against public defender John Kravich. The complaint alleges that Kravich did not adequately defend Stackhouse against state criminal charges. Stackhouse requests money damages and that his state conviction be overturned. We agree with the District Court that Kravich is not a proper party to this action, *see Polk County v. Dodson,* 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981), and that even if he were, the instant challenge to the validity of the state conviction would be barred by *Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

As the appeal lacks arguable merit, we will dismiss it pursuant to 28 U.S.C. § 1915(e)(2)(B). Appellant's motion for appointment of counsel is denied.